IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:24-mj-266 |
| | ) | |
| GEORGE HAMER, II | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S MOTION TO CORRECT
TYPOGRAPHICAL ERROR IN CASE CAPTION

The United States of America, though undersigned counsel, hereby submits a corrected

Summons. The original summons contained a typographical error in the defendant's surname in

which "Hamer" was incorrectly spelled "Hammer".


Respectfully submitted,


Jessica D. Aber
United States Attorney


_____/s/_____
Patricia Haynes
Assistant U.S. Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3724
Bar No. 49038