AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| George Hamer, II | ) Case No. 1:24-mj-266 |
| Defendant | ) |

**Amended SUMMONS IN A CRIMINAL CASE**

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | 401 Courthouse Square<br>Alexandria, Virginia 22314 | Courtroom No.: 301 |
|---|---|---|
| | | Date and Time: August 6, 2024 at 10:00AM |

This offense is briefly described as follows:

18 U.S.C. § 1001(a)(1) and (a)(2) -- knowingly and willfully make a materially false, fictitious, or fraudulent statement or representation

Date: 07/17/2024

/s/
Ivan D. Davis
United States Magistrate Judge

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons   ☐ Returned this summons unexecuted

Date: _____

Server's signature

Printed name and title